FILED
July 11, 2005
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       )
                                )    Case No. 2:05cr128 LKK
                Plaintiff,      )
v.                              )    ORDER FOR RELEASE OF
                                )    PERSON IN CUSTODY
Sherwood Rodrigues,             )
                                )
                Defendant.      )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release Sherwood Rodrigues Case No. 2:05cr128 LKK from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

   X   Release on Personal Recognizance

   __  Bail Posted in the Sum of _____

         __  Unsecured Appearance Bond

         __  Appearance Bond with 10% Deposit

         __  Appearance Bond with Surety

         __  Corporate Surety Bail Bond

   X   (Other) PTS conditions/supervision

Issued at Sacramento, CA on July 11, 2005 at 2:35 p.m.

By _____
    Kimberly J. Mueller
    United States Magistrate Judge