UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

NO. CR. S-05-128 LKK

Plaintiff,

v.

O R D E R

SHERWOOD THEODORE RODRIGUES,

Defendant.

                                 /

The court is in receipt of a series of incoherent documents, apparently filed by Sherwood Theodore Rodrigues. The defendant is represented by counsel and, in any event, the documents are incoherent. Therefore, they require no action by the court and none will be taken.

IT IS SO ORDERED.

DATED: April 13, 2006

/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT