LAWRENCE G. BROWN
Acting United States Attorney
R. STEVEN LAPHAM
RUSSELL L. CARLBERG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2724

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. S-05-128 LKK |
| Plaintiff, | ORDER DISMISSING SUPERCEDING INDICTMENT AS TO SHERWOOD T. RODRIGUES ONLY |
| v. | |
| SHERWOOD T. RODRIGUES, | |
| Defendant. | |

Based on the government's motion to dismiss the indictment against Sherwood T. Rodrigues,

IT IS HEREBY ORDERED that the above-captioned indictment and superceding indictment be and hereby are dismissed as to Sherwood T. Rodrigues only.

DATED: May 8, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT